FILED24 AUG'22 10:42USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

GERALD LEROY BARNES II

*(Enter full name of plaintiff)*

Plaintiff,

v.

Judge ANN L. BROWN

*(Enter full name of ALL defendant(s))*

Defendant(s).

Short shot gun case

Civil Case No. **3:22-cv-01253-AA**
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒ Yes   ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: GERALD LEROY BARNES II
Street Address: 2600 CENTER St. NE
City, State & Zip Code: Salem OR. 97301-2669
Telephone No.: 503 947-2724

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**  Name: Judge ANN L. BROWN
Street Address: 1000 SOUTHWEST Third AVE.
City, State & Zip Code: Portland OR. 97204-2944
Telephone No.: 503-326-8350

**Defendant No. 2**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

My Right to protect, feed my self and family, REPOSSESS my firearms, money, medical marijana, after case won!

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Gun case won in 2012 Judge ANN L. Brown said at first to give me my firearms, then she said no, then she said, just the ones in my wifes name then she said no. They stole sixteen hundred dollars from me, sixteen of my guns, and one pound of my medical marijana. Injuries suffered was not able to protect myself, hunt for food, or feel safe, or releave my pain from injuries suffered from gun shot wound to foot

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

The monetary compensation im seeking from Judge ANN L Brown is fifty million dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of _____ Aug _____, 20__22__

_____
(Signature of Plaintiff)